# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-50815
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 20, 2019

Lyle W. Cayce
Clerk

MADELEINE CONNOR,

Plaintiff-Appellant

v.

LEAH STEWART, in her individual capacity as a LD Director; ERIC CASTRO, in his individual capacity as a LD Director; CHUCK MCCORMICK, in his individual capacity as a LD Director

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-827

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED. See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.